

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

REGINALD DONNEL BOWSER,

    Defendant.

Case No. 2:10-cr-00119-GEB-1

ORDER FOR RELEASE OF PERSON IN CUSTODY

TO UNITED STATES MARSHALL:

This Order authorizes and directs you to release **Reginald Donnel Bowser** from custody.

IT IS SO ORDERED.

Dated: August 3, 2012

GARLAND E. BURRELL, JR.
United States Senior District Judge