BENJAMIN B. WAGNER
United States Attorney
WILLIAM S. WONG
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone:  (916) 554-2790

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 2:10-CR-00119-GEB |
| | ) | |
| Plaintiff, | ) | FINAL ORDER OF FORFEITURE |
| | ) | |
| v. | ) | |
| | ) | |
| REGINALD DONEAL BOWSER, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

WHEREAS, on or about May 1, 2012, this Court entered a
Preliminary Order of Forfeiture pursuant to the provisions of 18
U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c) based upon the plea
agreement entered into between plaintiff and defendant Reginald
Doneal Bowser forfeiting to the United States the following
property:

    (1)  one Taurus, model Millenium PT145CA, .45 caliber
semi-automatic pistol, serial number NEV48529; and

    (2)  one H and K, .45 caliber semi-automatic pistol,
serial number 25-089869.

AND WHEREAS, beginning on May 3, 2012, for at least 30
consecutive days, the United States published notice of the Court's
Order of Forfeiture on the official internet government forfeiture

site www.forfeiture.gov.  Said published notice advised all third parties of their right to petition the Court within sixty (60) days from the first day of publication of the notice for a hearing to adjudicate the validity of their alleged legal interest in the forfeited property;

AND WHEREAS, the United States sent direct written notice by certified mail to Jesse Gonzalez Vasquez;

AND WHEREAS, the Court has been advised that no third party has filed a claim to the subject property, and the time for any person or entity to file a claim has expired.

Accordingly, it is hereby ORDERED and ADJUDGED:

1.  A Final Order of Forfeiture shall be entered forfeiting to the United States of America all right, title, and interest in the above-listed property pursuant to 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c), to be disposed of according to law, including all right, title, and interest of Reginald Doneal Bowser.

2.  All right, title, and interest in the above-listed property shall vest solely in the name of the United States of America.

3.  The Bureau of Alcohol, Tobacco, Firearms and Explosives shall maintain custody of and control over the subject property until it is disposed of according to law.

Dated:  August 23, 2012

GARLAND E. BURRELL, JR.
Senior United States District Judge